FILED

02/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0604

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0604

_____

BRYSON TURNER,

    Petitioner and Appellant,

v.                                  O R D E R

STATE OF MONTANA,

    Respondent and Appellee.

_____

Pursuant to Appellant Bryson Turner's motion for extension to of time to file his reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 17, 2023, to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 28 2023